## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TABU LOUNGE & SPORTS | : | |
| BAR and MIKEY II, LLC | : | NO. 20-3688 |

### ORDER

**NOW,** this 10th day of September, 2020, upon consideration of the Motion of Plaintiff to Proceed Anonymously (Document No. 2), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. Plaintiff is granted leave to proceed anonymously.

2. Plaintiff may redact plaintiff's address from all pleadings.

/s/ TIMOTHY J. SAVAGE J.